IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-01391-STV

---

**JENNIFER WEBB**

**Plaintiff,**

v.

**ASPEN VIEW ACADEMY, A Colorado public charter school**
**ROBERT BARBER, Principal, in his individual capacity**

**Defendants.**

---

**PLAINTIFF'S UNOPPOSED MOTION TO RESTRICT ACCESS CONFIDENTIAL EXHIBITS AND PORTIONS OF PLAINTIFF'S STATEMENT OF FACTS**

---

The Plaintiff, Jennifer Webb, by and through her undersigned counsel, hereby moves to restrict access at "Level 1" to Exhibits 56 and 57 of Plaintiff's Motion for Summary Judgment and the portion of the Plaintiff's Statement of Facts that cites to those exhibits pursuant to Paragraph 10 of the Protective Order (Doc. #25) and D.C.COLO.LCivR 7.2.

1. During discovery, the Defendants marked some documents as "Confidential" pursuant to the Protective Order.

2. Prior to filing Plaintiff's Motion for Summary Judgment and the Motion to Restrict Access, the Parties conferred about Plaintiff's plan to file several documents marked Confidential.

3. During the conferral, the Parties agreed that several documents did not need to be treated as Confidential for this filing, or that appropriate redactions could resolve the confidentiality concerns.

1

4.	During conferral, Defendants asserted that Exhibit 56 (DEF1070) and Exhibit 57 (DEF1058-1059) needed to be filed at a Level 1 restriction pursuant to the Protective Order.

5.	As grounds therefore, the Defendants assert that Exhibit 56 and Exhibit 57 contain attorney-client privileged legal advice, which should remain confidential outside of the current litigation to maintain the confidentiality of their attorney-client communications.

6.	If access to Exhibit 56 and Exhibit 57 is not restricted, Defendants assert that they will be harmed by the loss of confidentiality in their attorney-client communications.

7.	As the content of Exhibit 56 and Exhibit 57 is the evidence relied upon by the Plaintiff, redaction is not a practicable solution for these documents.

8.	Pursuant to D.C. COLO. L.Civ.R. 7.1, undersigned counsel has conferred with counsel for the Defendants regarding the relief requested herein. Defendants do not oppose the motion to restrict access.

**WHEREFORE**, the Plaintiff respectfully requests that the Court limit access to Exhibits 56 and 57, and the portions of Plaintiff's Statement of Facts that cites to them, at a "Level 1" restriction.

Respectfully submitted July 19, 2023.

Respectfully submitted,

*/s/Brad Sherman*
Bradley J. Sherman
CORNISH & DELL'OLIO
431 N. Cascade Ave. Suite 1
Colorado Springs, CO 80903
bshermann@cornishanddellolio.com
 *Attorneys for Plaintiff*

**CERTIFCATE OF SERVICE**

      I HEREBY CERTIFY that on July 19, 2023, I electronically filed the foregoing **UNOPPOSED MOTION TO RESTRICT ACCESS** with the Clerk of Court using the CM/ECF system and the Colorado Courts E-Filing to the following:

Lindsey W. Jay  
Caroline F. Bordelon  
Overturf McGath & Hull, P.C.  
625 E. 16th Avenue  
Denver, CO 80203  
cfb@omhlaw.com  
lwj@omhlaw.com  
*Attorneys for Defendants*

                                                    */s/Brad Sherman*  
                                                    Bradley J. Sherman